## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALPHA OUSMANE DIALLO**, Petitioner, *v.* **JL JAMISON**, *in his official capacity as Warden, Federal Detention Center, Philadelphia*, et al., Respondents. | **CIVIL ACTION** **NO. 26-4895-KSM** |

## ORDER

**AND NOW**, this 6th day of August, 2026, upon review of the issues raised in the Petition for a Writ of Habeas Corpus (Doc. No. 1), the Government's Response in Opposition (Doc. No. 8), and Petitioner's Reply to the Government's Response (Doc. No. 9), it is **ORDERED** that the parties are to provide the Court with letter briefs addressing how the Court should consider the March 31, 2005 order of Immigration Judge Annette S. Elstein (Doc. No. 1 at 16) and whether or how such an order is distinguishable from the situation addressed in *Matter of I-S- & C-S-*, 24 I. & N. Dec. 432 (BIA 2008).  Each party's letter brief shall not exceed four pages of twelve-point font,[1] with not less than one-inch margins, and shall be filed on the docket no later than **August 7, 2026, at 6:00 p.m. EDT**.

      **IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.

---

[1] Footnotes shall not be smaller than eleven-point font.