**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALPHA OUSMANE DIALLO**, <br><br> Petitioner, <br><br> *v.* <br><br> **JL JAMISON**, *in his official capacity as Warden, Federal Detention Center, Philadelphia*, et al., <br><br> Respondents. | **CIVIL ACTION** <br><br><br> **NO. 26-4895-KSM** |

## ORDER

**AND NOW**, this 7th day of August, 2026, upon consideration of the parties' letter briefs regarding the application of *Matter of I-S- & C-S-*, 24 I. & N. Dec. 432 (BIA 2008) to the instant action (*see* Doc. Nos. 11, 12), and Respondents' request within their letter brief for "twenty-one (21) days to obtain a copy of" Petitioner's potential final order of removal (Doc. No. 12 at 2), it is **ORDERED** Respondents' request is **GRANTED**.[1]  Respondents shall submit a supplemental brief attaching all additional documentation they believe the Court should consider when deciding the Petition no later than **Friday, August 28, 2026, at 12:00 p.m. ET**.  Petitioner may respond by no later than **Monday, August 31, 2026, at 5:00 p.m. ET**.  Both briefs shall be no longer than 5 pages in length, double spaced, twelve-point font,[2] with not less than one-inch margins.

   **IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.

---

[1] As Respondents' recognize, the lack of any documentation in the record which explicitly states Petitioner was ordered removed means there is a "factual dispute now at issue in this case" regarding whether 8 U.S.C. § 1231(a) applies to him.  (Doc. No. 12 at 2); *see also I-S- & C-S-*, 24 I. & N. Dec. at 434 (finding immigration proceedings with withholding but no final order "unresolved and incomplete").

[2] Footnotes shall not be smaller than eleven-point font.