**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALPHA OUSMANE DIALLO**,<br><br>Petitioner,<br><br>*v.*<br><br>**JL JAMISON**, *in his official capacity as Warden, Federal Detention Center, Philadelphia*, et al.,<br><br>Respondents. | **CIVIL ACTION**<br><br>**NO. 26-4895-KSM** |

# ORDER

**AND NOW**, this 28th day of August, 2026, upon consideration of the Petition for a Writ of Habeas Corpus (Doc. No. 1), the Respondents' Response in Opposition (Doc. No. 8), Petitioner's Reply to the Response (Doc. No. 9), the parties' letter briefs regarding the applicability of *Matter of I-S- & C-S-*, 24 I&N Dec. 432 (BIA 2008) (Doc. Nos. 11, 12), Respondents' Supplemental Brief (Doc. No. 14), Petitioner's Reply to the Supplemental Brief (Doc. No. 15), and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that the Petition (Doc. No. 1) is **GRANTED** as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1231(a), and was not properly provided an individualized determination of danger or flight risk, as required by 8 U.S.C. § 1226(a), when he was detained on July 13, 2026. Petitioner's current detention thus violates the Due Process Clause of the Fifth Amendment to the U.S. Constitution.

2. Respondents shall **RELEASE** Petitioner from custody **IMMEDIATELY**. Counsel shall certify compliance with this Order by filing on the docket no later than **10:00 p.m. EDT today, August 28, 2026**.

3. Respondents are temporarily **ENJOINED** from re-detaining Petitioner for **twenty-one days** following his release from custody.

4. If Respondents pursue re-detention of Petitioner after that twenty-one-day period, it must first provide him with a bond hearing, at which an immigration judge shall determine whether detention is warranted pending the resolution of Petitioner's removal proceedings. Pending that bond hearing, Respondents cannot remove, transfer, or otherwise facilitate the removal of Petitioner from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Petitioner is subject to detention under 8 U.S.C. § 1226(a), Respondents may request permission from this Court to move Petitioner if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as the proposed destination. The Court will then determine whether to grant the request and permit transfer.

5. The Clerk of Court shall mark this matter **CLOSED** upon receipt of the certification of Government counsel discussed above.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

________________________________

KAREN SPENCER MARSTON, J.